ACCEPTED
05-15-00878-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/13/2016 4:28:36 PM
LISA MATZ
CLERK

## NO. 05-15-00878-CV

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** *Appellant/Cross-Appellee,* | § § § | FILED IN 5th COURT OF APPEALS DALLAS, TEXAS 7/13/2016 4:28:36 PM LISA MATZ Clerk |
| **V.** | § § | |
| **SWIG PARTNERS GP, LLC, WOO YOUNG CHUNG, KUN YOUNG KIM, KAY KAIM, KYU YOUNG KIM, STEVEN LEE, HUN KYU LEE, EDWIN PAK, HYUK KEUN KWUN, SHI CHUI KUM, WOON CHUL CHUNG, NAM SUN PAEK, YOO SANG CHO, HWAN HURH, HAK SON AHN, HAROLD K. SHIN, HYO WON BANG, EDWARD KIM, DAE C. SHIN, SUN KYUM CHA A/K/A STEPHEN CHA, KWANG H. KIM, JANG Y. LEE, JIM HEE CHA, SUNG CHOOI LEE, JAMES LEE, JIN K. CHING, KWANG JAE LEE, MARY CHU DIERLAM, CHONG WON KIM** *Appellees,* | § § § § § § § § § § § § § § § § | **FIFTH DISTRICT** **COURT OF APPEALS** |
| **SWIG PARTNERS, LP,** *Appellee/Cross-Appellant* | § § § § | **AT DALLAS, TEXAS** |

---

### AGREED MOTION REQUESTING CORRECTIONS TO REPORTER'S RECORD

---

**APPELLANT AND CROSS APPELLEE BRANCH BANKING AND TRUST COMPANY**, the successor-in-interest to Colonial Bank by asset acquisition from the F.D.I.C. as Receiver for Colonial Bank f/k/a Colonial Bank, N.A. ("*Appellant*" or "*BB&T*"), together with **CROSS APPELLANT, SWIG PARTNERS, LP** ("*Cross Appellant*" or "*SWIG*") files this Motion Requesting Corrections to Reporter's Record, requesting the Court Reporter make corrections to the Reporter's Record on file in this proceeding.

The Electronic Reporter's Record was filed on June 15, 2016. The Reporter's Record consists of eleven separate volumes.

Appellant and Cross Appellant request the following corrections be made to the Reporter's Record:

---

1.     The following exhibits included in Volumes 10 and 11 of the Reporter's Record were admitted at trial by Rule 11 Agreement but reference to the exhibits being admitted at trial is not included in the Master Index to the Reporter's Record: Plaintiff's Exhibits P-37 (Plaintiff's Exhibit P-37 was admitted with the exception of the single page of the exhibit labeled BB&T 000062); P-38; P-39; P-40; P-41; P-42; P-43; P-46; P-47; P-48; P-49; P-50; P-51; P-53; P-72 and Defendants' Exhibits D-3; D-4; D-6, D-7 and D-16. *(See Court's Exhibit C-1); (RR Vol 3, P. 18, L 21-24)(RR Vol 3, P. 64, L 16-25); (RR Vol 4, P. 150, L20-21)*.

2.     Reporter's Record Volume 10 and the Master Index to the Reporter's Record misidentify and mislabel Plaintiff's Exhibit P-34b.  The Master Index identifies Exhibit P-34b as "Affidavit of Davit Hendricks."  *(RR Vol 1, P. 13, L 2-4)*.  Exhibit P-34b should instead be identified as "Redacted Excerpt from Schedule 4.15B to Purchase and Assumption Agreement." In addition, the Reporter's Record should index Exhibit P-34b to the single page document bates-stamped as BB&T 001962.

3.     Reporter's Record Volume 10 includes an exhibit labeled as Exhibit "PX-10." Exhibit PX-10 is a copy of the Court's Register of Actions.  The Master Index to the Reporter's Record should be revised to include Exhibit PX-10 as an exhibit offered at trial.  When PX-10 was offered the Court took judicial notice of the Court's Register of Actions and dates of service. (RR Vol 1, P. 96).

4.     The document admitted as Plaintiff's Exhibit P-106 (BB&T 002447-002449) is not included in the Reporter's Record.  As reflected in the Reporter's Record, Plaintiff's Exhibit P-106 was admitted at trial. *(RR Vol 1, P. 14, L 2) (RR Vol 6, P. 112, L 10)*.  If a copy of Exhibit P-106 is no longer available to the Reporter Appellant will provide a copy to Appellees and the Trial Court for review, approval and entry into the Reporter's Record.

5.      At trial Plaintiff made an offer of proof of Plaintiff's Exhibits P-61 through P-71. *(RR Vol 6, PP. 147-158).* Plaintiff's Exhibits P-61 through P-71 are not included in the Reporter's Record. The Reporter's Record should be corrected to include Plaintiff's Exhibits 61 through 71. Plaintiff's Exhibits P-61 through P-71 are bates stamped as follows:

P-61    BB&T 001994-001995      P-62    BB&T 001996-002001

P-63    BB&T 002002-002011      P-64    BB&T 002012-002014

P-65    BB&T 002015-002029      P-66    BB&T 002030-002044

P-67    BB&T 002045-002207      P-68    BB&T 002208 – 002325

P-69    BB&T 002326-002340      P-70    BB&T 002341-002371

P-71    BB&T 002372-002378

### PRAYER

For these reasons, and in the interest of justice and fairness, Appellant and Cross Appellant respectfully ask that the Reporter's Record be corrected as described in this Motion, that upon correcting the Reporter's Record, the corrected Record be filed with this Court and for such other and further relief as Appellant and Cross Appellant may be allowed.

Respectfully submitted,

| | |
|---|---|
| */s/ James G. Rea*      *[2016-07-13]* | */s/ Jeffrey R. Sandberg*      *[2016-07-13]* |
| **THOMAS M. WHELAN** | **JEFFREY R. SANDBERG** |
| Texas Bar Number 21263800 | Texas Bar Number 00790051 |
| **JAMES G. REA** | **PALMER & MANUEL** |
| Texas Bar Number 24051234 | 8350 North Central Expressway, Suite 1111 |
| **MCGUIRE CRADDOCK STROTHER PC** | Dallas, Texas 75206 |
| 2501 North Harwood, Suite 1800 | T: (214) 242-6454 |
| Dallas, Texas 75201 | F: (214) 254-1960 |
| T: (214) 954-6800 | jsandberg@pamlaw.com |
| F: (214) 954-6850 | |
| twhelan@mcslaw.com | **ATTORNEY FOR CROSS APPELLANT** |
| jrea@mcslaw.com | |

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

Counsel certifies that on July 11, 2016, counsel attempted to confer by email with Jeff Sandberg and Joyce Lindauer concerning the relief requested in this Motion. Mr. Sandberg agreed to the relief requested in the Motion. Ms. Lindauer did not respond.

               */s/ James G. Rea*      *[2016-07-13]*
               **JAMES G. REA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in accordance with the Texas Rules of Appellate Procedure on July 13, 2016.

Jeffrey R. Sandberg
PALMER & MANUEL
8350 North Central Expressway, Suite 1111
Dallas, Texas 75206
*(Lead Counsel) Attorneys for:*
*SWIG Partners GP, LLC; SWIG Partners LP;*
*Steven Lee; Yoo Sang Cho; Hyo Won Bang; Sun*
*Kyum Cha; Jang Y. Lee; Jin K. Chung; Yong*
*Kyu Kim; James Lee; Chong Won Kim; Hwan*
*Hurh; Woon Chul Chung; Kwun Kyuk Keun;*
*Woo Young Chung; Hak Son Ahn; Edward Kim;*
*Hwang H. Kim; Edwin Pak; and Hun Kyu Lee*

Joyce Lindauer
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
*Attorneys for: Jim Hee Cha, Mary Chu*
*Dierlam, Kun Young Kim, Kyu Young Kim, Shi*
*Chui Kim, Kwun Hyuk Keun, Kwang Jae Lee,*
*Sung Chooi Lee, and Nam Sun Paek*

*/s/ James G. Rea*        *[2016-07-13]*
**JAMES G. REA**